■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAAL QUINCE, Appellant. [5 NYS3d 875]—

Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered January 21, 2014, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to 1½ to 3 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Mazzarelli, Renwick and Gische, JJ.